```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22904
   ZEFFERNEE M WILSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8096

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/06/2007 and was confirmed 02/04/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 07/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00              .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE          .00            .00              .00
HOME VEST CAPITAL LLC 30  CURRENT MORTG          .00            .00              .00
HOME VEST CAPITAL LLC 30  MORTGAGE ARRE      1456.00            .00              .00
DELL FINANCIAL SERVICES   SECURED             200.00           2.30           102.76
DELL FINANCIAL SERVICES   UNSECURED           725.66            .00              .00
LITTON LOAN SERVICING     CURRENT MORTG          .00            .00              .00
LITTON LOAN SERVICING     MORTGAGE ARRE      3120.00            .00              .00
AMERICAN EXPRESS TRAVEL   UNSECURED          2225.35            .00              .00
LVNV FUNDING LLC          UNSECURED          4376.27            .00              .00
DEPENDON COLLECTION       UNSECURED         NOT FILED           .00              .00
FREEBERG CHIROPRACTIC CN  UNSECURED         NOT FILED           .00              .00
FIRST EXPRESS             UNSECURED           884.15            .00              .00
MACYS RETAIL HOLDINGS     UNSECURED           302.77            .00              .00
PIONEER CREDIT RECOVERY   UNSECURED         NOT FILED           .00              .00
ROBERT MORRIS COLLEGE     UNSECURED         NOT FILED           .00              .00
CITIBANK USA              UNSECURED         NOT FILED           .00              .00
ECMC                      UNSECURED              .00            .00              .00
WEST SIDE EMERGENCY PHYS  UNSECURED            82.00            .00              .00
US BANK NATIONAL          NOTICE ONLY       NOT FILED           .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,378.00                        1,924.96
TOM VAUGHN                TRUSTEE                                              176.26
DEBTOR REFUND             REFUND                                               354.46

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,560.74

PRIORITY                                              .00
SECURED                                            102.76

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22904 ZEFFERNEE M WILSON
```

```
     INTEREST                                                 2.30
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,924.96
TRUSTEE COMPENSATION                                        176.26
DEBTOR REFUND                                               354.46
                                 ----------------   ----------------
TOTALS                                   2,560.74           2,560.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 10/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 22904 ZEFFERNEE M WILSON
```